

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

May 24, 2023

**VIA ECF**
Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Rodriguez v. Absolute Hot New York Corp., et al*
             Case No. 23-cv-00278-RPK-VMS

Dear Judge Scanlon:

    I am counsel for defendant. I write with the consent of plaintiff's counsel to advise that the parties have settled this matter in principle and to request that the Court adjourn the deadline for Defendant to answer the complaint, due May 30, 2023 [DE 10], and all other deadlines *sine die*. The parties are working on the settlement papers now and hope to be in a position to submit a proposed Consent Decree for approval by Judge Kovner within the next 30 days. The Consent Decree would address the ADA access issues raised by the Complaint.

    Thank you for your attention to this matter.

                                     Respectfully,

                                     *Peter T. Shapiro*

                                     Peter T. Shapiro of
                                     LEWIS BRISBOIS BISGAARD &
                                     SMITH LLP

cc: All Counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

95354811.1